1   THOMAS E. WINNER
    Nevada Bar No. 5168
2   MATTHEW J. DOUGLAS
    Nevada Bar No. 11371
3   ATKIN WINNER & SHERROD
    1117 South Rancho Drive
4   Las Vegas, Nevada 89102
    Phone (702) 243-7000
5   Facsimile (702) 243-7059

6   Attorneys for Defendant
    American Family Mutual Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE GIGLIO, individually, | CASE NO.: 2:08-cv-1680-RLH-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, A WISCONSIN CORPORATION, Does I-X, and Roe Corporations I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Leah Martin, attorney for the Plaintiff, CHRISTINE GIGLIO, and Matthew J. Douglas, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter and the trial date, which had been scheduled in the above referenced matter for April 5, 2010, be vacated.

///

///

///

1  DATED this 20th day of May, 2010.
2  ATKIN WINNER & SHERROD                    POWELL LITIGATION GROUP
3
4  _____           _____
   Matthew J. Douglas                        Leah Martin
5  Nevada Bar No. 11371                      Nevada Bar No. 7982
   1117 South Rancho Drive                   9525 Hillwood Drive
6  Las Vegas, Nevada 89102                   Suite 100
   Attorneys for Defendants                  Las Vegas, NV 89119
7                                            Attorneys for Plaintiff

   Case No.: 2:08-cv-1680-RLH-RJJ
8  *Stipulation and Order to Dismiss*

9                                    ORDER

10     Upon Stipulation by counsel for the parties, and good cause appearing therefore,

11     IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice,

12  and each party to bear their own costs and attorney's fees; and,

13     IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced

14  matter and that the trial date of April 5, 2010 is vacated.

15     DATED this _____ day of _____ 2010.

16

17

18                                           _____
19                                           DISTRICT JUDGE

20  Submitted by:

21  ATKIN WINNER & SHERROD, LTD.

22

23  _____
    Matthew J. Douglas
24  Nevada Bar No. 11371
    1117 South Rancho Drive
25  Las Vegas, Nevada 89102
    Attorneys for Defendant
26

27

28